# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ervin T. C.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**

Civil File No. 26-1343 (MJD/ECW)

---

Cody Blades, Blades Law LLC, Counsel for Petitioner.

Ann M. Bildtsen, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

---

On February 15, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately arrange for Petitioner's release from detention and to immediately return to Petitioner all his personal property that was taken when Petitioner was detained. [Doc. 8.] On February 17, 2026, Respondents informed the Court that Petitioner had been released from detention on February 16 and that Petitioner's counsel confirmed that Petitioner received all his property when he was released. [Doc. 10.]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Ervin T. C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 22, 2026　　　　　　　　　<u>s/Michael J. Davis            </u>
　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　United States District Court